# Court of Appeals
# of the State of Georgia

ATLANTA, __April 10, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1154.  WENDY SAMPSON v. WELLS FARGO BANK, N. A.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, Wendy Sampson appealed the magistrate court's decision to the superior court.  The superior court subsequently issued a writ of possession in favor of the plaintiff.  Sampson has now appealed the superior court's order directly to this Court.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Sampson's only avenue of appeal was through the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Sampson filed an application for discretionary appeal from the superior court's order, which this Court denied on December 28, 2012.  See Case No. A13D0152.  The denial of her application for discretionary appeal was an adjudication on the merits, and the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/10/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*